DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONALD CORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-CR-356 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE HEARING AND ORDER |
| ) | THEREON |
| DONALD CORTER, ) | |
| ) | Date : February 26, 2007 |
| Defendant. ) | Time : 9:00 a.m. |
| _____ ) | Dept : Hon. Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Donald Corter, that the status conference scheduled for January 22, 2006 may be continued to February 26, 2007 at 9:00 a.m.. **The date currently set for status conference is January 22, 2007. The requested new date is February 26, 2007.**

    Additional time is needed to review a proposed plea agreement which was just received this week. Time is also needed to review additional discovery material prior to making a final decision on the proposal.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Stipulation to Continue Status Conference Hearing

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: January 18, 2007 | By /s/ Marianne A. Pansa<br>MARIANNE A. PANSA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 18, 2007 | By /s/ Eric V. Kersten<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Donald Corter |

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    January 19, 2007**                /s/ **Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE