# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| **United States of America**<br>vs.<br>Donald Corter | )<br>)<br>)<br>)<br>) **Case No.** 06-CR-0356 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Donald Corter _____ , have discussed with _____ Montgomery L. Olson _____ , Pretrial Services Officer, modifications of my release conditions as follows:

The current travel restriction of Kern, Tulare, and Fresno counties shall be expanded to include the counties of Madera, Mariposa, Merced, Stanislaus, and San Joaquin, for employment purposes.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-8-07
Signature of Defendant          Date

_____  2-8-07
Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____
Signature of Assistant United States Attorney

2/15/07
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____
Signature of Defense Counsel

2/8/07
Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on    2/15/07 .

☐ The above modification of conditions of release is *not* ordered.

_____
Signature of Judicial Officer

2/15/07
Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services