1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  2500 Tulare Street
   Room 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,    )   Case No. 1:06-cr-00356 LJO
9                               )
              Plaintiff,        )   STIPULATION TO CONTINUE DATE FOR
10                              )   HEARING ON DEFENDANTS' MOTIONS
         v.                     )   AND PROPOSED ORDER
11                              )
   DONALD CORTER,               )   DATE: March 30, 2007
12                              )   TIME: 9:00 a.m.
              Defendant.        )   PLACE: Courtroom 4
13 _____)   Honorable Lawrence J. O'Neill

14

15     IT IS HEREBY STIPULATED by and between the parties hereto and

16 through their attorneys of record that the status conference

17 presently scheduled before the Honorable Lawrence J. O'Neill for

18 March 2, 2007 at 9:00 a.m. be continued to March 30, 2007, at 9:00

19 a.m.

20     The defendant agrees that time will be excluded through

21 and including March 30, 2007 in the  interests of justice

22 pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC §

23 3161(h)(8)(B)(iv).

24 ///

25 ///

26 ///

27 ///

28 ///

1

```
     IT IS SO STIPULATED.

Dated: February 27, 2007              McGREGOR W. SCOTT
                                      United States Attorney

                                  By: /s/ Marianne A. Pansa
                                      MARIANNE A. PANSA
                                      Assistant U.S. Attorney



Dated: February 27, 2007          /s/ Eric V. Kersten
                                      ERIC V. KERSTEN
                                      Attorney for Defendant
                                      ORLANDO CALDERON


The Court has received and reviewed the above stipulation.  Good
Cause has not been provided for the Court to make a finding that
the request for a continuance be granted on the basis that the
ends of justice be served.  The Motion to Continue is DENIED.
```

IT IS SO ORDERED.

**Dated:   February 27, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE

2