| | |
|---|---|
| 1  DANIEL J. BRODERICK, Bar #89424<br>   Federal Defender<br>2  ERIC V. KERSTEN, Bar #226429<br>   Assistant Federal Defender<br>3  Designated Counsel for Service<br>   2300 Tulare Street, Suite 330<br>4  Fresno, California 93721-2226<br>   Telephone: (559) 487-5561<br>5<br>   Attorney for Defendant<br>6  DONALD CORTER | **FILED**<br><br>MAR 2 2007<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>       DEPUTY CLERK |

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            ) Case No. 1:06-CR-356 AWI
                                         )
11                Plaintiff,             )
                                         )
12        v.                             ) STIPULATION TO CONTINUE STATUS
                                         ) CONFERENCE HEARING; AND PROPOSED
13  DONALD CORTER,                       ) ORDER THEREON
                                         )
14                Defendant.             ) Date : January 22, 2007
                                         ) Time : 9:00 a.m.
15  _____) Dept : Hon. Anthony W. Ishii

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18  counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

19  KERSTEN, Assistant Federal Defender, counsel for Defendant Donald Corter, that the Status

20  Conference hearing scheduled in this matter for December 11, 2006 may be continued to

21  **January 22, 2007 at 9:00 a.m.**

22        The reason for the requested continuance is the defense is awaiting the receipt of additional

23  discovery material from the government.

24        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

25  justice, including but not limited to, the need for the period of time set forth herein for effective defense

26  ///

27  ///

28  ///

1 | preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 6, 2006         By  /s/ Marianne A. Pansa
                                    MARIANNE A. PANSA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 6, 2006         By  /s/ Eric V. Kersten
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant


### ORDER

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: December____, 2006

ANTHONY W. ISHII, Judge
United States District Court
Eastern District of California

Stipulation to Continue Status Conference Hearing        2